UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK M. BENTON, JR.,

    Defendant.

Case No. 2:08-CR-156

JUDGE GREGORY L. FROST

## ORDER

This matter came on for consideration upon the Order of the Sixth Circuit Court of Appeals directing this Court to dismiss the Indictment.

It is therefore the Order of this Court that the Indictment filed herein is **DISMISSED**.

**IT IS SO ORDERED.**

    /s/   Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE